McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**SEALED**

FILED
FEB 10 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 209-302-5432 | CASE NO. 2:20-SW 0154 —CKD<br><br>[PROPOSED] ORDER<br><br>**UNDER SEAL** |

### ORDER

DAVID W. SPENCER, on behalf of the United States, has submitted an application pursuant to 18 U.S.C. §§ 3122 and 3123, requesting that the Court issue an Order authorizing the installation and use of pen registers and trap and trace devices ("pen-trap devices") on the cell phone number described in Attachment A, which is incorporated into this Order by reference.

The Court finds that an attorney for the government has submitted the application and has certified that the information likely to be obtained by such installation and use is relevant to an ongoing criminal investigation being conducted by the ATF of unknown individuals in connection with possible violations of 18 U.S.C § 922(a)(1)(A) (dealing firearms without a license) and 21 U.S.C. §§ 841(a)(1) and 846 (distribution and conspiracy to distribute controlled substances).

IT IS THEREFORE ORDERED, pursuant to 18 U.S.C. § 3123, that ATF may install and use pen-trap devices to record, decode, and/or capture dialing, routing, addressing, and signaling information associated with each communication to or from the cell phone number described in

Attachment A, including the date, time, and duration of the communication, and the following, without geographic limit:

- IP addresses associated with the cell phone device or devices used to send or receive electronic communications
- Any unique identifiers associated with the cell phone device or devices used to make and receive calls with cell phone number described in Attachment A, or to send or receive other electronic communications, including the ESN, MEIN, IMSI, IMEI, SIM, MSISDN, or MIN
- IP addresses of any websites or other servers to which the cell phone device or devices connected
- Source and destination telephone numbers and email addresses

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(c)(1), that the use and installation of the foregoing is authorized for sixty days from the date of this Order;

IT IS FURTHER ORDERED, pursuant to 18 U.S.C. §§ 3123(b)(2) and 3124(a)-(b), that T-Mobile and any other person or entity providing wire or electronic communication service in the United States whose assistance may, pursuant to 18 U.S.C. § 3123(a), facilitate the execution of this Order shall, upon service of this Order, furnish information, facilities, and technical assistance necessary to install the pen-trap devices, including installation and operation of the pen-trap devices unobtrusively and with minimum disruption of normal service;

IT IS FURTHER ORDERED that the ATF reasonably compensate T-Mobile and any other person or entity whose assistance facilitates execution of this Order for reasonable expenses incurred in complying with this Order;

IT IS FURTHER ORDERED that T-Mobile and any other person or entity whose assistance may facilitate execution of this Order notify the applicant and the ATF of any changes relating to the cell phone number described in Attachment A, including changes to subscriber information, and to provide prior notice to the ATF before terminating or changing service to the cell phone number;

1  IT IS FURTHER ORDERED that the ATF and the applicant have access to the information
2  collected by the pen-trap devices as soon as practicable, twenty-four hours per day, or at such other
3  times as may be acceptable to the ATF, for the duration of the Order;

4  IT IS FURTHER ORDERED, pursuant to 18 U.S.C. § 3123(d)(2), that T-Mobile and any other
5  person or entity whose assistance facilitates execution of this Order, and their agents and employees,
6  shall not disclose in any manner, directly or indirectly, by any action or inaction, the existence of the
7  application and this Order, the pen-trap devices, or the investigation to any person, unless and until
8  otherwise ordered by the Court, except that T-Mobile may disclose this Order to an attorney for T-
9  Mobile for the purpose of receiving legal advice;

10 IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States
11 Attorney's Office with three certified copies of this application and Order, and shall provide copies of
12 this Order to the ATF and T-Mobile upon request;

13 IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise
14 ordered by the Court, pursuant to 18 U.S.C. § 3123(d)(1).

16  Dated: 2/10/2020

Hon. Carolyn K. Delaney
U.S. MAGISTRATE JUDGE

ORDER                                3

# ATTACHMENT A

T-Mobile

| Facility | Number or identifier | Owner, if known | Subject of investigation, if known |
|---|---|---|---|
| 209-302-5432 | n/a | Keon ROSS | Keon ROSS |