1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

**SEALED**

FILED

FEB 10 2020

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ AMC

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION         | CASE NO. 2:20-SW 0154 ____ CKD
   | OF THE UNITED STATES OF AMERICA          |
   | FOR AN ORDER AUTHORIZING THE             |
12 | INSTALLATION AND USE OF PEN              | [PROPOSED] SEALING ORDER
   | REGISTERS AND TRAP AND TRACE             |
13 | DEVICES FOR A CELLULAR TELEPHONE         |
   | ASSIGNED CALL NUMBER 209-302-5432        | **UNDER SEAL**
14

15                          **SEALING ORDER**

16     Upon Application of the United States of America and good cause having been shown,

17     IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

18  SEALED until further order of this Court.

19

20  Dated: 2/10/2020                    _____
21                                      Hon. Carolyn K. Delaney
                                        U.S. MAGISTRATE JUDGE
22

23

24

25

26

27

28

SEALING ORDER                          1